# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:25-cr-05005-RK-1 |
| JEREMY WHITCHER, | ) ) ) |
| Defendant. | ) |

## ORDER

On November 14, 2025, Chief Magistrate Judge Willie J. Epps, Jr., issued his Report and Recommendation, (Doc. 66), recommending the Court deny Mr. Whitcher's pro se motions to suppress evidence, (Docs. 33, 37). The Court ordered that any objections to the Report and Recommendation were due on or before November 24, 2025. (Doc. 67.) Defendant filed untimely objections to the Report and Recommendation on December 9, 2025. (Doc. 78.) Given Defendant's pro se status, the Court will consider his objections herein.

Pursuant to Federal Rule of Criminal Procedure 59(b)(3), a "district judge must consider de novo any objection to the magistrate judge's recommendation. The district judge may accept, reject, or modify the recommendation, receive further evidence, or resubmit the matter to the magistrate judge with instructions." After an independent, de novo review of the Defendant's objections and applicable law pursuant to 28 U.S.C. § 636(b)(1)(C), the Court accepts the findings and recommendation made by Chief Magistrate Judge Epps in full. Accordingly, it is hereby

**ORDERED** that the Report and Recommendation of Chief Magistrate Judge Willie J. Epps, Jr., (Doc. 66), is **ADOPTED**. It is further

**ORDERED** that Defendant's objections, (Doc. 78), are **OVERRULED**. It is further

**ORDERED** that Mr. Whitcher's pro se motions to suppress evidence, (Docs. 33, 37), are **DENIED**.

**IT IS SO ORDERED.**

/s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: December 11, 2025