IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:25-cr-05005-RK-1 |
| JEREMY WHITCHER, | ) ) ) |
| Defendant. | ) |

**ORDER**

On November 25, 2025, Chief Magistrate Judge Willie J. Epps, Jr., issued his Report and Recommendation, (Doc. 74), recommending the Court deny Mr. Whitcher's pro se motion for order alleging prosecutorial misconduct, (Doc. 56). Defendant filed an objection to the Report and Recommendation. (Doc. 78.)

Pursuant to Federal Rule of Criminal Procedure 59(b)(3), a "district judge must consider de novo any objection to the magistrate judge's recommendation. The district judge may accept, reject, or modify the recommendation, receive further evidence, or resubmit the matter to the magistrate judge with instructions." After an independent, de novo review of the Defendant's objections and applicable law pursuant to 28 U.S.C. § 636(b)(1)(C), the Court accepts the findings and recommendation made by Chief Magistrate Judge Epps in full. Accordingly, it is hereby

**ORDERED** that the Report and Recommendation of Chief Magistrate Judge Willie J. Epps, Jr., (Doc. 74), is **ADOPTED**. It is further

**ORDERED** that Defendant's objections, (Doc. 78), are **OVERRULED**. It is further

**ORDERED** that Mr. Whitcher's pro se motion for order alleging prosecutorial misconduct, (Doc. 56), is **DENIED**.

**IT IS SO ORDERED.**

/s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: December 11, 2025